IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **VS.** | * | CR. NO. 07-CR-00309-CG |
| **JOSE ALFREDO SANCHEZ,** | * | |
| **Defendant.** | * | |

## ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby **AMENDS** <u>nunc pro tunc</u> sheet 1 of the judgment which was entered on the docket in the above styled case on March 20, 2008 (Doc. 40), to read as follows:

| Title & Section | Nature of Offense | Date Offense Concluded | Count No. |
|---|---|---|---|
| 8 USC § 1324(a)(A)(ii) & (a)(1)(B)(i) | Unlawful transportation of an illegal alien. | 09/11/2007 | 1 |

**DONE AND ORDERED** this 28th day of March, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE